AO 450 (Rev. 11/11) Judgment in a Civil Action

JS-6

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JULIE FIELDS <br> *Plaintiff* <br> v. <br> CREDIT MANAGEMENT SYSTEMS <br> *Defendant* | ) ) ) ) ) Civil Action No. 5:14-cv-01853-JGB-SP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☑ tried by a jury with Judge  Jesus G. Bernal  presiding, and the jury has rendered a verdict. Judgment is entered in favor of Defendant. See verdict (Doc. No. 79).

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: March 23, 2016

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*